IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANTOS GONZALES, individually and on behalf of all others similarly situated | § § § | |
| Plaintiffs | § § | |
| V. | § | CIVIL ACTION NO. 4:12-CV-02320 |
| CERVANTES BUILDING MAINTENANCE, INC. AND JESUS CERVANTES | § § § § § | |
| Defendants | § | JURY TRIAL DEMANDED |

## STIPULATION FOR DISMISSAL

COME NOW, Plaintiff, SANTOS GONZALEZ and Defendants, CERVANTES BUILDING MAINTENANCE, INC. and JESUS CERVANTES, and file this, their Stipulation for Dismissal, in accord with Rule 41(a)(1) of the Federal Rules of Civil Procedure. Defendants, by agreement have not answered and no formal action has been taken to conditionally certify a class, nor has any class has been conditionally certified, nor are the rights of any potential class members adversely impacted by this Stipulation for Dismissal. The parties have resolved their individual differences, and as a result have entered into this Stipulation. Accordingly, it is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with costs assessed against the party incurring same.

Dated: October 31, 2012.

| APPROVED: | APPROVED: |
|---|---|
| | Respectfully submitted, |
| KENNARD LAW, P.C.. | SCHLANGER, SILVER, BARG & PAINE, LLP |

By: /s/Alfonso Kennard, Jr.   By: /s/ Raymond L. Kalmans
Alfonso Kennard, Jr.                    Raymond L. Kalmans
State Bar No. 24036888             State Bar No. 11083000
Southern District ID No. 713316   Southern District ID No. 2284
KENNARD LAW, P.C.                  SCHLANGER, SILVER,
150 W. Parker Road, 4th Floor     BARG & PAINE, LLP
Houston, Texas 77076                109 N. Oak Post Lane, Suite 300
(713) 742-0900 – Telephone       Houston, Texas 77024
(713) 742-0951 – Facsimile         713-785-1700 – Telephone
alfonso.kennard@kennardlaw.com    713-785-2091 – Facsimile
                                                     rkalmans@ssbplaw.com
ATTORNEYS FOR PLAINTIFF         ATTORNEY FOR DEFENDANTS