IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Santos Gonzales,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. H-12-2320** |
| | § | |
| **Cervantes Building Maintenance, Inc.,** | § | |
| et al, | § | |
| Defendant. | § | |

## ORDER

In accordance with the Stipulation of Dismissal filed on October 31, 2012 (Docket Entry No. 6), it is hereby **ORDERED** that this action be dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 1st day of November, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE